■ In the Matter of the Estate of THURSTON INGRAHAM, Deceased. CORDA INGRAHAM, Respondent; EARL J. PARKER, Appellant

Mahoney, P. J., Main, Casey, Mikoll and Harvey, JJ., concur.